# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2017

Stephen J. Markman,
Chief Justice

155869

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ROBERT RILEY,

Plaintiff-Appellant,

v

SC: 155869
COA: 336067

DEPARTMENT OF CORRECTIONS,

Defendant-Appellee.
_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of June 6, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2017



Clerk

jam